**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01647-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

LAMAR DELRAY DAVIS,

    Plaintiff,

v.

SERGEANT MONTOYA,
OFFICER ANDRADE,
OFFICER SCOTT,
SERGEANT MARQUES,
LIBRARIAN VIGIL & SCOTT,
OFFICER ALCON,
OFFICER FLAUGHER, and
LIEUTENANT TRAVIS,

    Defendants

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff Lamar Delray Davis currently is in the custody of the Colorado Department of Corrections (DOC) and currently is incarcerated at the San Carlos Correctional Facility in Pueblo, Colorado. On July 31, 2015, Plaintiff submitted a Prisoner Complaint and the first page of a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that Plaintiff's filings are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue this action. Any papers that Plaintiff

files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   X    is missing prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   X    is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form
(9)   __   names in caption do not match names in caption of complaint, petition or habeas application
(10)  X    other : The § 1915 form Plaintiff submitted is incomplete

**Complaint, Petition or Application**:
(11)  __   is not submitted
(12)  __   is not on proper form
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. __
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   names in caption do not match names in text
(17)  __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  __   other:

Accordingly, it is

　　　ORDERED that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

　　　FURTHER ORDERED that the **Clerk of the Court send to Plaintiff two copies of a Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form.**  Plaintiff is to use this form in curing the noted

deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.  It is

FURTHER ORDERED that Plaintiff may obtain additional Court-approved forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that the Clerk of the Court correct the address for Plaintiff on the Docket.  Plaintiff states on Page Two of the Prisoner Complaint form, ECF No. 1 at 2, and research of the DOC's website confirms, that his current address is: Lamar Delray Davis, # 168932, San Carlos Correctional Facility, P.O. Box 3, Pueblo, Colorado, 81002.

DATED August 4, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge