IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01647-GPG

LAMAR DELRAY DAVIS,

    Plaintiff,

v.

SERGEANT MONTOYA,
OFFICER ANDRADE,
OFFICER SCOTT,
SERGEANT MARQUES,
LIBRARIAN VIGIL & SCOTT,
OFFICER ALCON,
OFFICER FLAUGHER, and
LIEUTENANT TRAVIS,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff Lamar Delray Davis is in the custody of the Colorado Department of Corrections and currently is incarcerated at the San Carlos Correctional Facility in Pueblo, Colorado. Plaintiff initiated this action by filing *pro se* a Prisoner Complaint and the first page of a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order entered on August 4, 2015, Magistrate Judge Gordon P. Gallagher told Plaintiff that if he intends to pursue an action he must cure certain deficiencies. Specifically, Magistrate Judge Gallagher directed Plaintiff to submit a complete § 1915 form that properly authorizes the withdrawal of funds from his account for payment of the filing fee by the agency holding him in custody and to include a certified trust fund account statement for the six-month period immediately preceding

the filing of this action.

Magistrate Judge Gallagher warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. The thirty days now has run; and Plaintiff has not communicated with the Court. The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the August 4, 2015 Order, within the time allowed, and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 17th day of September, 2015.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court